IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**PATRICIA FOREHAND**                                                               **PLAINTIFF**

VS.                              No. 3:21-cv-00223 PSH

**KILOLO KIJAKAZI, Acting Commissioner,**
     **Social Security Administration**                                          **DEFENDANT**

## JUDGMENT

Pursuant to the Order filed in this matter this date, this case is dismissed with prejudice.

IT IS SO ORDERED this 8th day of November, 2022.

_____
UNITED STATES MAGISTRATE JUDGE